## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esq., hereby certify that on the 9th day of March, 2005, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the parties listed below in the manner indicated.

## VIA FIRST CLASS MAIL

Brandeis Machinery & Supply Company
Attn: Charles Leis, President, CEO
(or Other Executive Officer)
1801 Watterson Trail
Louisville, KY 40299

CT Corporation Systems
(Registered Agent for Brandeis
Machinery & Supply LLC)
Kentucky Home Life Building
Louisville, KY 40202

_____
Mary E. Augustine, Esq. (No. 4477)

579020v1
547322-1